1  **WILEY RAMEY (SB#45792)**
Attorney at Law

2  9520 Castillo Drive

3  San Simeon, CA 93452
Phone: (805)924-3010

4  Fax: (805)924-3011
wileyramey@aol.com

5

6  Attorney for Debtor

7

8                    UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

10
    BKS CAMBRIA, LLC.                    **CASE NO.: 9:25-BK-10631**
11

12                                        **RESPONSE TO ORDER TO SHOW
                                          CAUSE**
13

14                                        **Date: July 31, 2025**
                                          **Time: 9:00 A.M.**
15                                        **Place: 1415 State Street Santa**
                                          **Barbara, California 93101**
16                                        **Department: 1**

17

18

19  TO THE COURT AND TO ALL PARTIES OF INTEREST:

20        Debtor in possession opposes the Order to Show Cause on the ground that

21  neither dismissal or conversion is in the interest of any creditor other than Blizzard

22  Energy. The Debtor asks the Court to take notice of his previously filed Motion to

23  Authorize Employment of Realtor and to Sell Real Estate.

24

25        According to the terms of that Motion, the Debtor in possession will sell the

26  only real asset of this estate with an asking price of $3,500,000. The proceeds of

27  that sale which would be projected to occur within 3-6 months would be applied to

28

pay in full, the County Tax Collector of San Luis Obispo. The interest of Blizzard Energy over and above the proceeds paid to the County and the homestead exemption which Debtor proposes to hold pending determination in Superior Court. Meanwhile, the Debtor would pay Blizzard Energy the amounts remaining after the County, homestead and administrative expenses are paid. Either a dismissal or even more significantly, a conversion to Chapter 7 would lead to the payment of only Blizzard Energy and no one else. In a previous Chapter 7, the Debtors manager was employed as caretaker of the premises because no one else is qualified or willing to occupy that role for the fees that he was paid, which was $2,000 a month. In the event of a conversion to Chapter 7, there would be no reason for the manager of the Debtor to remain or work on the property which would expose the 100ft tower to the continuing persistent gale force winds that requires daily monitoring. If the tower were to collapse, then any income from the property would be completely eliminated of course and the repair required to reinstate the tower would run into the thousands; maybe the hundreds of thousands. The permit process alone would take years. There is no chance at all that Blizzard Energy would invest this type of money and rehabilitating this property which is completely unique since it was formerly a United States Air Force Relay Base.

The Court is requested to take notice hereof of the documents pending including the Motion to Sell and to Employ Realtors.

The Court is further notified that the IRS has now made an appearance, and the Debtor intends to address them as well if this case is allowed to proceed.

Dated: July 23, 2025                          Respectfully submitted,

*Wiley Ramey*

_____

Wiley Ramey, Attorney for Debtor

# EXHIBIT A

1  **WILEY RAMEY (SB#45792)**
2  Attorney at Law
3  9520 Castillo Drive
   San Simeon, CA 93452
4  Phone: (805)924-3010
   Fax: (805)924-3011
5  wileyramey@aol.com
6
   Attorney for Debtor
7
8                    UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA- NORTHERN DIVISION

10
   BKS CAMBRIA, LLC.                          | CASE NO.: 9:25-bk-10631
11
12                                            | NOTICE OF MOTION AND
                                              | MOTION TO SELL PROPERTY OF
13                                            | THE ESTATE AND EMPLOY
                                              | REALTORS 11 USC § 363 (b)(1)(A)
14
                                              | Date: September 9, 2025
15                                            | Time: 1:00 P.M.
                                              | Place: 1415 State Street Santa
16                                            | Barbara, California 93101
                                              | Courtroom 201
17
                              DEBTOR
18  TO THE COURT AND TO THE UNITED STATES TRUSTEE AND TO ALL

19  PARTIES OF INTEREST:

20
21        Debtor BKS Cambria LLC., herewith notifies all of the above of its intention

22  to sell 202 Monte Cristo Place in Cambria, California, the former Air Force Base

23  consisting of 34 acres. The property features 6 barracks buildings, an officer's

24  club, a mess hall, an officer's residence, and 2 concrete pedestals previously

25  housing radar screens. Except for the officer's residence, the structures are

26  contaminated by asbestos left behind when the military abandoned the property in

27  approximately 1982. There is at this moment a property tax debt owed to the
28

County of San Luis Obispo in the amount of approximately $470,000 and there is

also a lean recorded against the property by Blizzard Energy Inc., a recently

amended judgment Debtor added to the Judgment against Bernd Schaefers in San

Luis Obispo Superior Court case number 17CVP0266. In addition, there is a Proof

of Claim filed by Bernd Schaefers, the manager of the LLC., since 2005 and a 50%

member of the LLC. The other 50% is held by his ex-wife, Karin Schaefers.

This sale will be conducted pursuant to the provisions of Title 11 § 363 (b)1

and the listing shall be $3,500,000 to commence August 15, 2025, and ran until

February 15, 2026. Real estate commissions payable to Jack Posemsky and

Richard Breen shall be 5% which would be split evenly between the two of those

entities. The property is to be listed in the multiple listing service.

Escrow would be performed as designated. It is the position of the Debtor

that the homestead claim from Mr. Schaefers should be resolved by a proceeding

to be determined in Superior Court and the proceeds necessary to satisfy the

homestead shall be retained in trust pending the outcome, while the remaining

portions of the sales proceeds would be distributed upon close of escrow.

Provisions of the California Code of Civil Procedure address the disposition of

homesteads under California Law which would be binding on the issue in any

proceeding pursued by Blizzard Energy in state Court. There is no Federal

exemption known to the Debtor, only state recognized homestead exemptions.

Attached herewith and labeled "EXHIBIT A" is the appraisal performed by Kristen

Magnussen and the listing agreements from the realtors which are labeled

"EXHIBIT B". The property appraises at $624,000 given the fact that the sales price must be reduced by $3,000,000 in order to remediate the asbestos issues. Therefore, the appraised value in terms of bank or traditional financing is $624,000, however the Debtor expects that he will do much better than this if he is in control of the marketing.

## LIQUIDATION ANALYSIS

In a liquidation proceeding, the property would be subject to no meaningful bidding procedure for it to be sold by a Chapter 7 Trustee. This is because a judgment and judgment lean are recorded against the property on behalf of Blizzard Energy which has a judgment from Kansas of $3,820,000 plus interest, which currently totals over $6,000,000. This particular judgment lean would be used as a basis for purchasing the property from a Chapter 7 Trustee, meaning no money would be exchanged. Any competitive bid would have to be in the $7,000,000 range for property, which is worth $620,000 on paper. A Chapter 7 Trustee would receive nothing as a result of this type of procedure. It should be noted that in the prior bankruptcy of Bernd Schaefers #11163 filed in the year 2019, Mr. Schaefers was employed as the caretaker of the property during the period that the Chapter 7 Trustee had authority over it and ultimately a no asset report was filed. In Chapter 7 liquidation, no other Creditor would receive anything. No administrative expenses would be paid. Blizzard Energy would not be paid; they would simply acquire Title of the property. In the event of a dismissal, Blizzard Energy would have available to it the means of enforcement

provided by the California Code of Civil Procedure 704.760. They would be

required to deal with the claimed Homestead Exemption, however for Mr.

Schaefers. The Debtor proposes to set aside enough to satisfy his claimed

homestead and disburse the rest of the money if his Motion to sell the property is

approved.

Dated: July 22, 2025                                      Respectfully submitted,

_Wiley Ramey_

_____

Wiley Ramey, Attorney for Debtor

# EXHIBIT B

1  **WILEY RAMEY (SB#45792)**
   Attorney at Law
2  9520 Castillo Drive
   San Simeon, CA 93452
3  Phone: (805)924-3010
4  Fax: (805)924-3011
   wileyramey@aol.com
5
6  Attorney for Debtor

7            UNITED STATES BANKRUPTCY COURT

8       CENTRAL DISTRICT OF CALIFORNIA- NORTHERN DIVISION

9

10  BKS CAMBRIA, LLC.                  |CASE NO.: 9:25-bk-10631

11                                     **DECLARATION OF BERND
                                       SCHAEFERS**
12
                                       **Date: September 9, 2025**
13                                     **Time: 1:00 P.M.**
                                       **Place: 1415 State Street Santa
14                                     Barbara, California 93101**
                                       **Courtroom 201**
15

16                        DEBTOR

17  TO THE COURT:

18      I, Bernd Schaefers, declare I am a competent witness over the age of 18 and

19  could and would testify to the following if called upon.

20
21      I am seeking authorization to sell 202 Monte Cristo Place in Cambria,

22  California for $3,500,000. This property is encumbered by asbestos contamination

23  left over from the US Air Force when it was operated as a relay station beginning

24  in 1952, except for the residence in which I reside and one other outbuilding. The

25
26  structures on the property are contaminated with asbestos, which has led to the

27  Declaration by the County of San Luis Obispo that they are unusable and may not

28  be entered.

I know that this has caused the appraisal to be $624,000 because the cause of remediation has been deducted from the appraised value as a single-family residence.

I do not suggest that the property be sold for $624,000, but I will need to find the right buyer to deal with the issues and I have decided that $3,500,000 is the right listing price for that type of a buyer. A Bank would not finance the purchase of this property, and an investor with ample resources would be needed.

Having said that, I have two brokers willing to list the property and they have agreed that the listing price should be $3,500,000.

From those proceeds, the San Luis Obispo County Tax Collectors outstanding invoice would be paid in full; enough proceeds would be placed in Trust pending the resolution of my claim of homestead exemption of $600,000+ and the remainder would be available for distribution to Blizzard Energy and administrative expenses.

If this property were to be foreclosed by Blizzard Energy using its judgment, then no one else would receive anything since no money would change hands. See California Enforcement § 704.760. The issue of homestead exemption, however, would be addressed in the Superior Court.

I am attaching herewith a copy of the appraisal that the Debtor authorized prior to filing and a copy of the listing agreements with the two brokers which are awaiting Court approval labeled A and B.

In 2019 when I filed a personal Chapter 11, case number 11163 and after the

matter was converted to Chapter 7, the Chapter 7 Trustee employed me to be the

caretaker of the property and to manage the oversight of the radio tower and the

grounds to prevent an accident and prevent trespassers from trespassing. I was paid

$2,000 a month by the Chapter 7 Trustee and subsequently was determined after

appeal, that the property was not property of the estate and the Trustee filed a

notice of no asset estate. The same result will occur if this case were to be

converted to Chapter 7 in that no money would be exchanged only but rather only

Blizzard Energy would bid on the property using their judgment. No one else could

reasonably be expected to make an offer.

I declare under penalty of perjury the foregoing is true and correct except as

to those matters declared on information and belief and as to them I believe them

to be true and correct.

Executed on July 17, 2025, at Cambria, California.

_____
Bernd Schaefers, Declarant

# EXHIBIT C



**IRS** Department of the Treasury
**Internal Revenue Service**

Insolvency Group 8
M/S 1400S
1301 Clay St
Oakland, CA 94612

WILEY P RAMEY
9520 CASTILLO DR
SAN SIMEON, CA 93452-0000

---

**Please Fold Here. Do not detach.** Please be sure our address shows through the envelope window.

Internal Revenue Service
Insolvency Group 8
M/S 1400S
1301 Clay St
Oakland, CA 94612

 **Department of the Treasury**
**Internal Revenue Service**

IRS    Insolvency Group 8
M/S 1400S
1301 Clay St
Oakland, CA 94612

BKS CAMBRIA LLC
202 MONTE CRISTO PLACE
CAMBRIA, CA 93428

Date:
June 25, 2025

Person to contact:
PATRECE BIRCH

Employee ID number:
0247231

Contact numbers:
Phone: 510-907-5398

Chapter:
11

Case number:
25-10631

Response due date:
July 9, 2025

BKS CAMBRIA LLC

We reviewed your tax records and found no record that you filed the federal tax returns listed on the enclosed Form 13736, Response to Inquiry About Missing Tax Return.

Send us your tax returns or a written explanation as to why you're not required to file these tax returns by the response date above.

If we don't receive your response by this date, we may file a motion to convert or dismiss your bankruptcy.

**For help filing your return**
- Find information on obtaining wage and income transcripts at www.irs.gov/transcript.
- For details about filing your tax returns, visit www.irs.gov/filing or the IRS2GO (mobile app).
- If you have questions about transcripts or filing tax returns, you can call 800-829-1040 for individuals or 800-829-4933 for businesses.
- Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

If you still have questions, you can also call the contact person shown above.

Sincerely,

/s/ LEONARD BROWN
Supervisory Bnkcy Spec

Enclosures:
Form 13736
Envelope
Publication 1, Your Rights as a Taxpayer

cc: WILEY P RAMEY

**Letter 1714 (Rev. 6-2021)**
Catalog Number 12388X

 **IRS** Department of the Treasury
**Internal Revenue Service**

Insolvency Group 8
M/S 1400S
1301 Clay St
Oakland, CA 94612

**Date:** June 25, 2025

**Chapter and Case Number:**
11   25-10631
**Person to Contact:**
PATRECE BIRCH
**Contact Telephone Number:**
510-907-5398
**Employee Fax Number:**

**Employee Identification Number:**
0247231
**Response Date:**
July 5, 2025

BKS CAMBRIA LLC
202 MONTE CRISTO PLACE
CAMBRIA, CA 93428

Debtor: BKS CAMBRIA LLC
Petition Filed May 12, 2025

Please complete the enclosed Request for Business Information form and return it by the response date listed above so that we can update our records.  Failure to respond by this date may result in action to have your case dismissed.

If you have any questions, our contact information is shown above.  Thank you for your cooperation.


/s/ LEONARD BROWN
Supervisory Bnkcy Spec


Enclosures:  Envelope, Request for Business Information Form

CC:  WILEY P RAMEY

Request for Business Information
Debtor:  BKS CAMBRIA LLC
Petition Filed May 12, 2025

1. Is the business still operating?
   Yes    ☐    If yes, enter number of employees    _____
   No     ☐    If no, enter date business ceased operations  _____

2. Has the required (or final) return(s) been filed?
   Yes    ☐    If yes, when and where filed    _____
   No     ☐    Please fax copies to us within 10 days of the date of this letter

3. Please provide the Federal Identification Number    _____  -  _____

4. Is your payroll current?
   Yes    ☐
   No     ☐

   How often is payroll made?    $_____ per _____.

5. Please select one: This is a:
   Corporation ☐    If a corporation, are you filing 1120C  ☐ or 1120S  ☐
   Sole proprietorship  ☐
   Partnership  ☐

6. If the business is leasing employees, please provide:
   Name of leasing company    _____
   Contact name               _____
   Phone number               (    )_____ - _____
   Date you started/stopped leasing  _____/_____/_____    _____/_____/_____
                                         Start Date            Stop Date

   A statement from the leasing company as to the regularity of payments to them and
   whether you are current.
   A copy of the leasing agreement
   Authorization for us to periodically contact the leasing company to confirm your status
   with them.