**WILEY RAMEY (SB#45792)**
Attorney at Law
9520 Castillo Drive
San Simeon, CA 93452
Phone: (805)924-3010
Fax: (805)924-3011

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA NORTHERN DIVISION

| BKS CAMBRIA, LLC. | **CASE NO.: 9:25-BK-10631** |
|---|---|
| | **NOTICE OF APPEAL** |
| DEBTOR | |

TO THE COURT AND TO THE CLERK:

Debtor herewith appeals Courts Order converting this Chapter 11 to Chapter 7 dated July 31, 2025, with the Honorable Clifford Bankruptcy Judge presiding. A true and correct copy of the Order is attached hereto labeled "EXHIBIT A". This appeal is filed pursuant to 28 USC § 158(b)(1) and Federal Rule of Bankruptcy Procedure 8001 and Local Bankruptcy Rule 8003-1.

CERTIFICATION OF INTERESTED PARTIES

The parties relevant to this appeal are the Debtor represented by Attorney Wiley Ramey 9520 Castillo Drive San Simeon, California 93452 phone number (805)924-3010, United States Trustee 1415 State St. Santa Barbara 93101 and

Blizzard Energy Inc., represented by William Beall of Beall & Burkhardt, APC 1114 State Street, Suite 200 Santa Barbara, CA 93101 phone number: (805) 966-6774.

The issues on appeal are the Order to convert over the objection of the Debtor within the 90 day period provided for the filing of a plan when the Debtor was in compliance with US Trustee guidelines and had pending Motions to sell real estate and employ real estate brokers and counsel, all scheduled for hearing. Copies of those are attached herewith.

Other grounds include the use of a Chapter 7 Trustee to accommodate one creditor, while providing nothing to any other creditor or to the Debtor and its estate and where the Chapter 7 Trustee would have to be paid directly by the one creditor when a sale of the asset to that one creditor would be conveyed by a judgment lien instead of currency or money, which in turn would require the creditor to pay the Trustee directly in order to acquire title, an ultra vires act.

Dated: August 4, 2025                              Respectfully submitted,

_____
Wiley Ramey, Attorney for Debtor